1  NIELSEN, MERKSAMER, PARRINELLO,
     MUELLER & NAYLOR, LLP
2  JAMES R. PARRINELLO, SBN #63415
   SEAN P. WELCH, SBN #227101
3  2350 KERNER BLVD., SUITE 250
   SAN RAFAEL, CA 94901
4  TELEPHONE (415) 389-6800
   FAX          (415) 388-6874
5  e-mail: jparrinello@nmgovlaw.com

6  *Attorneys for Defendant*
   W.J. Deutsch & Sons, Ltd.
7

8                UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 RENWOOD WINERY, INC.,                    )    Case No.  C 08-02848 JCS
                                            )
12     *Plaintiff,*                          )
                                            )
13 v.                                       )    **PROOF OF SERVICE**
                                            )
14 W.J. DEUTSCH & SONS, LTD., a New York    )
   Corporation, and DOES 1-50, inclusive,   )
15                                          )
                                            )
16     *Defendants.*                         )
                                            )
17                                          )
                                            )
18 _____      )

19        Please see attached Proof of Service.

20

21

22

23

24

25

26

27

28

                                1

U.S. District Court, Northern District of California, Case No. C 08-02848 JCS

PROOF OF SERVICE

I, the undersigned, declare under penalty of perjury that:

I am a citizen of the United States employed in the County of Marin.  I am over the age of 18 and not a party to the within cause of action.  My business address is 2350 Kerner Blvd., Suite 250, San Rafael, California 94901.  I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service and for pickup by Federal Express.

On June 9, 2008, I served a true copy of the foregoing

1.    NOTICE OF REMOVAL TO FEDERAL COURT
2.    NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL
3.    WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO
4.    CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA
5.    ECF REGISTRATION INFORMATION HANDOUT
6.    ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
7.    CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO
8.    STANDING ORDER RE: CASE MANAGEMENT CONFERENCE
9.    STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA - CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
10.   NOTICE OF RULE DISCONTINUING SERVICE BY MAIL

on the following parties in said action, by serving:

| | |
|---|---|
| Whitney A. Davis<br>Charter Davis LLP<br>1730 I Street, Suite 240<br>Sacramento, CA 95811<br><br>Attorneys for Renwood Winery, Inc. | |

____    **BY U.S. MAIL:** By following ordinary business practices and placing for collection and mailing at 2350 Kerner Blvd., Suite 250, San Rafael, CA a true copy of the above-referenced document(s), enclosed in a sealed envelope; in the ordinary course of business, the above documents would have been deposited for first-class delivery with the United States Postal Service the same day they were placed for deposit, with postage thereon fully prepaid.

    **BY OVERNIGHT DELIVERY:**
_X_    **FEDERAL EXPRESS:** By following ordinary business practices and placing for pickup by FEDERAL EXPRESS at 2350 Kerner Blvd., Suite 250, San Rafael, CA copies of the above documents in an envelope or package designated by FEDERAL EXPRESS with delivery fees paid or provided for.

Executed in San Rafael, California, on June 11, 2008.

I declare under penalty of perjury, that the foregoing is true and correct.

_Paula Scott_
Paula Scott

**Paula Scott**

**From:**     sysdeliv@fn3nds3.prod.fedex.com on behalf of TrackingUpdates@fedex.com
**Sent:**     Tuesday, June 10, 2008 9:15 AM
**To:**       pscott@nmgovlaw.com
**Subject:** FedEx Shipment 791083143175 Delivered

_____

This tracking update has been requested by:

Company Name:              NIELSEN MERKSAMER
Name:                      PAULA SCOTT
E-mail:                    pscott@nmgovlaw.com

_____

Our records indicate that the following shipment has been delivered:

Reference:                 2059.01
Ship (P/U) date:           Jun 9, 2008
Delivery date:             Jun 10, 2008 9:12 AM
Sign for by:               R.RICHARDSON
Delivered to:              Receptionist/Front Desk
Service type:              FedEx Standard Overnight
Packaging type:            FedEx Envelope
Number of pieces:          1
Weight:                    2.00 lb.
Special handling/Services: Deliver Weekday


Tracking number:           791083143175


Shipper Information              Recipient Information
PAULA SCOTT                      Whitney A. Davis, Esq.
NIELSEN MERKSAMER                Charter Davis LLP
591 REDWOOD HWY, #4000           1730 I Street, Suite 240
MILL VALLEY                      Sacramento
CA                               CA
US                               US
94941                            95814


Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 11:15 AM CDT
on 06/10/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

6/10/2008