NIELSEN, MERKSAMER, PARRINELLO,
  MUELLER & NAYLOR, LLP
JAMES R. PARRINELLO, SBN #63415
SEAN P. WELCH, SBN #227101
2350 KERNER BLVD., SUITE 250
SAN RAFAEL, CA 94901
TELEPHONE (415) 389-6800
FAX            (415) 388-6874
e-mail: jparrinello@nmgovlaw.com

*Attorneys for Defendant*
W.J. Deutsch & Sons, Ltd.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RENWOOD WINERY, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>W.J. DEUTSCH & SONS, LTD., a New York Corporation, and DOES 1-50, inclusive,<br><br>*Defendants.* | Case No. C 08-02848 JCS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO: (a) DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION AND FAILURE TO STATE A CLAIM FOR RELIEF; AND (b) COMPEL ARBITRATION**<br><br>DATE: July 18, 2008<br>TIME: 9:30 a.m.<br><br>Hon. Joseph C. Spero |

The Motion to Dismiss for lack of subject-matter jurisdiction and failure to state a claim and to Compel Arbitration (the "Motion"), filed by Defendant W.J. DEUTSCH & SONS, LTD. ("Defendant") came on regularly for hearing on July 18, 2008, at 9:30 p.m. in Courtroom A, on the 15th Floor of the above-captioned Court.

The Court, having considered the pleadings in this matter, and all papers submitted in support of, and in opposition to, said motion, and having heard argument of counsel, and good cause

1

appearing therefor,

IT IS HEREBY ORDERED that, pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), and Section 4 of the Federal Arbitration Act, 9 U.S.C. § 1 et. seq., the Motion is GRANTED.  The claims set forth in Plaintiff's complaint are unquestionably subject to arbitration under the parties' agreement to arbitrate.  Plaintiff RENWOOD WINERY, INC.'s complaint is therefore dismissed in its entirety without leave to amend and the parties are ordered to arbitration pursuant to their contractual agreement.

IT IS SO ORDERED.

Dated: _____

Hon. Joseph C. Spero
Magistrate Judge of the United States District Court