UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENWOOD WINERY INC, | No. C 08-02848  JCS |
| Plaintiff, | NOTICE REGARDING CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| W J DEUTSCH AND SONS LTD, | |
| Defendant. | |

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The complaint in the above-entitled action was filed on June 9, 2008.  Pursuant to General Order 44, this case has been assigned to Magistrate Judge Joseph C. Spero to conduct all further proceedings and to order the entry of final judgment upon the consent of all parties in the case.  A signed consent to the jurisdiction of the Magistrate Judge must be filed by both parties before Magistrate Judge Spero will consider the merits of plaintiff(s)' case or any motion filed by either party.

Defendant has filed a  Motion to Dismiss and for Failure to State a Claim.  Accordingly, the parties are instructed to sign and electronically file the enclosed consent or declination form within **seven (7) calendar days** of the date of this notice, indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter.

If the parties do not consent, the case will be randomly assigned to a District Judge of this court.

Dated:  June 12, 2008

Richard W. Wieking, Clerk

_____
By:  Karen L. Hom, Deputy Clerk

1
2
3
4
                          UNITED STATES DISTRICT COURT
5
                        NORTHERN DISTRICT OF CALIFORNIA
6
7   RENWOOD WINERY INC,               No.  C 08-02848 JCS

8          Plaintiff(s),          **CONSENT TO PROCEED BEFORE A**
                                          **UNITED STATES MAGISTRATE JUDGE**

9      v.

10  W J DEUTSCH AND SONS LTD,

11         Defendant(s).

12  _____/

13

14       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

15        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

16  in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

17  Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

18  final judgment. Appeal from the judgment shall be taken directly to the United States Court of

19  Appeals for the Ninth Circuit

20

21  Dated: _____     _____

22                                         Signature

23                                        Counsel for _____

24                                        (Name or party or indicate "pro se")

25

26

27

28

1
2
3
4
UNITED STATES DISTRICT COURT

5
NORTHERN DISTRICT OF CALIFORNIA

6
7
RENWOOD WINERY INC,                              No.  C 08-02848 JCS

8
               Plaintiff(s),

9
    v.

10
W J DEUTSCH AND SONS LTD,

11
               Defendant(s).

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

12
_____/

13
14
      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

15
      The undersigned party in the above-captioned civil matter hereby declines to consent to the

16
assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

17
requests the reassignment of this case to a United States District Judge.

18
19
20
Dated: _____

_____
Signature

21
22
Counsel for _____
(Name or party or indicate "pro se")

23
24
25
26
27
28

3