UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENWOOD WINERY INC, | No. C 08-02848 JCS |
| Plaintiff(s), | |
| v. | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND |
| W J DEUTSCH AND SONS LTD, | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 12, 2007

Signature

Counsel for Renwood Winery, Inc
(Name or party or indicate "pro se")

3