NIELSEN, MERKSAMER, PARRINELLO,
 MUELLER & NAYLOR, LLP
JAMES R. PARRINELLO, SBN #63415
SEAN P. WELCH, SBN #227101
2350 KERNER BLVD., SUITE 250
SAN RAFAEL, CA 94901
TELEPHONE (415) 389-6800
FAX            (415) 388-6874
e-mail: jparrinello@nmgovlaw.com

*Attorneys for Defendant*
W.J. Deutsch & Sons, Ltd.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RENWOOD WINERY, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> W.J. DEUTSCH & SONS, LTD., a New York Corporation, and DOES 1-50, inclusive, <br><br> *Defendants.* | Case No. C 08-02848 PJH <br><br> **NOTICE OF MOTION AND MOTION TO: (a) DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION AND FAILURE TO STATE A CLAIM FOR RELIEF; AND (b) COMPEL ARBITRATION** <br><br> DATE: July 23, 2008 <br> TIME: 9:00 a.m. <br><br> Hon. Phyllis J. Hamilton |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 23, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court before the Honorable Phyllis J. Hamilton, in Courtroom 3, located on the 17th Floor at 450 Golden Gate Avenue, San Francisco, California, Defendant W.J. DEUTSCH & SONS, LTD. ("Defendant") will and hereby does move this Court as follows:

## MOTION TO DISMISS

Defendant moves the Court to dismiss Plaintiff RENWOOD WINERY, INC.'s complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6) because this Court lacks subject matter jurisdiction over this dispute and said complaint fails to state a claim upon which relief can be granted. Defendant makes this motion on the basis that the claims set forth in Plaintiff's complaint are unquestionably subject to arbitration under the parties' agreement to arbitrate.

## MOTION TO COMPEL ARBITRATION

Defendant further moves the Court to compel the parties to arbitration pursuant to Section 4 of the Federal Arbitration Act, 9 U.S.C. § 1 et. seq., in accordance with the parties' agreement to arbitrate.

This motion is based on the Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of James R. Parrinello and exhibits attached thereto and filed on June 9, 2008, and the pleadings and papers on file in this action. This matter was originally noticed to be heard by Magistrate Judge Joseph C. Spero on July 18, 2008, but the case has since been reassigned to U.S. District Judge Phyllis J. Hamilton, necessitating this re-noticing of said motion.

Date: June 13, 2008

Nielsen, Merksamer, Parrinello,
Mueller & Naylor, LLP

By: _____
James R. Parrinello, Esq.
ATTORNEYS FOR W.J. DEUTSCH & SONS, LTD.