1  NIELSEN, MERKSAMER, PARRINELLO,
      MUELLER & NAYLOR, LLP
2  JAMES R. PARRINELLO, SBN #63415
   SEAN P. WELCH, SBN #227101
3  2350 KERNER BLVD., SUITE 250
   SAN RAFAEL, CA 94901
4  TELEPHONE (415) 389-6800
   FAX           (415) 388-6874
5  e-mail: jparrinello@nmgovlaw.com

6  *Attorneys for Defendant*
   W.J. Deutsch & Sons, Ltd.
7

8                UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11
                                           )
12  RENWOOD WINERY, INC.,                   )
                                            )   Case No. C 08-02848 PJH
13       *Plaintiff,*                       )
                                            )   **CERTIFICATION OF**
14  v.                                      )   **INTERESTED ENTITIES OR**
                                            )   **PERSONS**
15  W.J. DEUTSCH & SONS, LTD., a New York   )
    Corporation, and DOES 1-50, inclusive,  )   Hon. Phyllis J. Hamilton
16                                          )
         *Defendants.*                      )
17                                          )
                                            )
18                                          )
                                            )
19  _____  )

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28
                                1
_____
         CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                  CASE NO. C 08-02848 PJH

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | |
|---|---|
| William Deutsch | Owner - W.J. Deutsch & Sons, Ltd. |
| Fran Deutsch | Owner - W.J. Deutsch & Sons, Ltd. |
| Peter Deutsch | Owner - W.J. Deutsch & Sons, Ltd. |

Date: June 27, 2008

Nielsen, Merksamer, Parrinello, Mueller & Naylor LLP

By: _____
James R. Parrinello, Esq.
ATTORNEYS FOR W.J. DEUTSCH & SONS, LTD.