1  WHITNEY A. DAVIS, SBN 149523
   MARIA S. ROSENFELD, SBN 186116
2  CHARTER DAVIS, LLP
   1730 I Street, Ste. 240
3  Sacramento, CA  95814
   (916) 448-9000
4  (916) 448-9009

5  ATTORNEYS FOR PLAINTIFF
   RENWOOD WINERY, INC.
6

7
                    UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | RENWOOD WINERY INC.                  )   Case No.:  CV 08 2848 PJH
12 |                                      )
   |                                      )
13 |                                      )
   |           Plaintiff,                 )
14 |                                      )
   |     vs.                              )
15 |                                      )
   |                                      )   **PROOF OF SERVICE**
16 |                                      )
   | W.J. DEUTSCH & SONS LTD.,  a New     )
17 | York Corporation, and DOES 1-50      )
   | inclusive,                           )
18 |                                      )
19 |                                      )
   |           Defendants.                )
20 |                                      )
   |                                      )
21 |_____)

22

23

24

25

26

27

28

CASE NAME:        Renwood Winery Inc. v. W.J. Deutsch & Sons, Ltd
CASE NUMBER:      USDC: Northern District of California: CV 08 2848 PJH

## PROOF OF SERVICE

I am a citizen of the United States and am employed in the County of Sacramento. I am over the age of 18 years and not a party to the within cause; my business address is 1730 I Street, Suite 240, Sacramento, California 95814.

On June 30, 2008, I served the within by electronically serving the documents via USDC e-filing described as:

## SEE ATTACHED LIST OF DOCUMENTS

On the recipients designated on the Transaction Receipt located on the court's website.

The documents were efiled and served as follows:

**Attorney for W.J. Deutsch**
James R. Parrinello
Nielsen Merksamer Parrinello, et al.
591 Redwood Highway, #4000
Mill Valley, CA 94941-3039

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on June 30, 2008, at Sacramento, California.

SUSAN C. LEON

CASE NAME:      Renwood Winery Inc. v. W.J. Deutsch & Sons, Ltd
CASE NUMBER:    USDC:  Northern District of California:  CV 08 2848 PJH

NOTICE OF HEARING ON BEHALF OF RENWOOD WINERY, INC. IN SUPPORT OF APPLICATION FOR (1) EX PARTE WRIT OF POSSESSION (2) TEMPORARY RESTRAINING ORDER PENDING HEARING ON WRIT OF POSSESSION; (3) WRIT OF POSSESSION; (4) PRELIMINARY INJUCTION

MEMORANDUM OF POINTS AND AUTHORITIES ON BEHALF OF RENWOOD WINERY, INC. IN SUPPORT THEREOF

APPLICATION FOR WRIT OF POSSESSION EX PARTE AND FOR TEMPORARY RESTRAINING ORDER

EX PARTE WRIT OF POSSESSION

DECLARATION OF WHITNEY A. DAVIS IN SUPPORT OF EX PARTE WRIT OF POSSESSION/TEMPORARY RESTRAINING ORDER

DECLARATION FOR EX PARTE WRIT OF POSSESSION

ORDER FOR WRIT OF POSSESSION ISSUED EX PARTE

TEMPORARY RESTRAINING ORDER

UNDERTAKING BY PERSONAL SURITIES

AFFIDAVIT OF MICHAEL ADAIR

AFFIDAVIT OF DANIKA RATKOVICH

AFFIDAVIT OF ROBERT SMERLING

SUPPLEMENTAL AFFIDAVID OF ROBERT SMERLING

COMPENDIUM OF EXHIBITS