1  WHITNEY A. DAVIS, SBN 149523
   MARIA S. ROSENFELD, SBN 186116
2  CHARTER DAVIS, LLP
   1730 I Street, Ste. 240
3  Sacramento, CA 95814
   (916) 448-9000
4  (916) 448-9009

5  ATTORNEYS FOR PLAINTIFF
   RENWOOD WINERY, INC.
6

7
                    UNITED STATES DISTRICT COURT
8
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 RENWOOD WINERY INC.            )    Case No.: CV 08 2848 PJH
12                                )
                                  )
13                                )
            Plaintiff,            )
14                                )
       vs.                        )
15                                )
                                  )    **PROOF OF SERVICE**
16                                )
   W.J. DEUTSCH & SONS LTD., a New)
17 York Corporation, and DOES 1-50)
   inclusive,                     )
18                                )
19                                )
            Defendants.           )
20                                )
                                  )
21 _____)

22

23

24

25

26

27

28

| | |
|---|---|
| CASE NAME: | Renwood Winery Inc. v. W.J. Deutsch & Sons, Ltd |
| CASE NUMBER: | USDC: Northern District of California: CV 08 2848 PJH |

## PROOF OF SERVICE

I am a citizen of the United States and am employed in the County of Sacramento. I am over the age of 18 years and not a party to the within cause; my business address is 1730 I Street, Suite 240, Sacramento, California 95814.

On June 30, 2008, I served the within by electronically serving the documents via USDC e-filing described as:

**OPPOSITION ON BEHALF OF PLAINTIFF RENWOOD WINERY, INC. TO MOTION TO DISMISS/COMPEL ARBITRATION FILED ON BEHALF OF W.J. DEUTSCH & SONS, LTD.**

**DECLARATION OF WHITNEY A. DAVIS IN SUPPORT THEREOF**

On the recipients designated on the Transaction Receipt located on the court's website.

The documents were efiled and served as follows:

**Attorney for W.J. Deutsch**
James R. Parrinello
Nielsen Merksamer Parrinello, et al.
591 Redwood Highway, #4000
Mill Valley, CA 94941-3039

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on June 30, 2008, at Sacramento, California.

_____
SUSAN C. LEON