1  NIELSEN, MERKSAMER, PARRINELLO,
      MUELLER & NAYLOR, LLP
2  JAMES R. PARRINELLO, SBN #63415
   SEAN P. WELCH, SBN #227101
3  2350 KERNER BLVD., SUITE 250
   SAN RAFAEL, CA 94901
4  TELEPHONE (415) 389-6800
   FAX            (415) 388-6874
5  e-mail: jparrinello@nmgovlaw.com

6  *Attorneys for Defendant*
   W.J. Deutsch & Sons, Ltd.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RENWOOD WINERY, INC., | Case No. C 08-02848 PJH |
| *Plaintiff,* | **DECLARATION OF PETER DEUTSCH OPPOSING TRO AND RELATED REQUESTS** |
| v. | |
| W.J. DEUTSCH & SONS, LTD., a New York Corporation, and DOES 1-50, inclusive, | |
| *Defendants.* | DATE: July 2, 2008<br>TIME: 9:00 a.m.<br>Hon. Phyllis J. Hamilton |

I, Peter Deutsch, declare as follows:

1.  I am the Chief Executive Officer of defendant W.J. Deutsch & Sons, Ltd. (WJD).

2.  Attached hereto as Exhibit A is a copy of the June 10, 2008 e-mail I sent to Wayne Chaplin, President of Southern Wine & Spirits, confirming our intention to continue to sell our Renwood inventory "in the ordinary course of our business."

3.  Annexed hereto as Exhibit B is a copy of Wayne Chaplin's e-mail in response confirming this practice and Southern's understanding that "pricing will remain consistent with past practices."

1

DECLARATION OF PETER DEUTSCH
CASE NO. C 08-02848 PJH

4. The accusation that WJD intends to "dump" its inventory at below market prices is completely false.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and of my own personal knowledge except for those matters stated on information and belief and, as to those matters, I believe them to be true. If called as a witness, I could competently testify thereto.

Executed on July 1, 2008, at White Plains, New York.

Peter Deutsch

2

DECLARATION OF PETER DEUTSCH
CASE NO. C 08-02848 PJH

# EXHIBIT A

**From:** Peter Deutsch
**Sent:** Tuesday, June 10, 2008 1:04 PM
**To:** Chaplin, Wayne
**Subject:** RENWOOD

Dear Wayne,
This will confirm what I have advised you regarding our dispute with Renwood. First, we have NOT challenged Renwood's termination(i.e. as opposed to suspension) of Deutsch; of course, whether such termination was lawful and violated our contractual rights is a hotly contested issue and will undoubtedly be resolved by a lengthy litigation process. Second, Deutsch maintains a significant amount of Renwood inventory that we have paid for. It is our intention to continue to sell such inventory in the ordinary course of our business. Accordingly, we will accept orders from Southern Wine and Spirits for products that are in our inventory.

Very truly yours,
Peter

*Peter Deutsch*
*CEO*
W. J. Deutsch & Sons, Ltd.
Tel: (914) 251-9463
Fax: (914) 251-0283
email: peterd@wjdeutsch.com

W.J. Deutsch & Sons, Ltd.

# EXHIBIT B

```
From: Abreu, Maria [mailto:MariaAbreu@SOUTHERNWINE.com] On Behalf Of
Chaplin, Wayne
Sent: Tuesday, July 01, 2008 3:31 PM
To: Peter Deutsch
Subject: RE: RENWOOD
```

Dear Peter,

   As I have expressed to you in the past. We will continue to buy the inventory you own on a regular basis in the normal course of business until that inventory is depleted.

   As a good partner, we are assisting you in depleting your inventory in the normal course of business and we understand pricing will remain consistent with past practices.

                              Wayne


Maria S. Abreu
Administrative Assistant to Wayne E. Chaplin
Southern Wine & Spirits of America Inc.
1600 NW 163rd Street
Miami, FL 33169
e-mail mariaabreu@southernwine.com
305-625-4171 x1214

```
-----Original Message-----
From: Peter Deutsch [mailto:peterd@wjdeutsch.com]
Sent: Tuesday, June 10, 2008 1:04 PM
To: Chaplin, Wayne
Subject: RENWOOD
```

Dear Wayne,

This will confirm what I have advised you regarding our dispute with Renwood. First, we have NOT challenged Renwood's termination (i.e. as opposed to suspension) of Deutsch; of course, whether such termination was lawful and violated our contractual rights is a hotly contested issue and will undoubtedly be resolved by a lengthy litigation process. Second, Deutsch maintains a significant amount of Renwood inventory that we have paid for. It is our intention to continue to sell such inventory in the ordinary course of our business. Accordingly, we will accept orders from Southern Wine and Spirits for products that are in our inventory.


Very truly yours,
Peter



Peter Deutsch

CEO

W. J. Deutsch & Sons, Ltd.

Tel: (914) 251-9463

Fax: (914) 251-0283

email: peterd@wjdeutsch.com