UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** July 2, 2008    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-2848 PJH

**Case Name:** Renwood Winery v. W.J. Deutsch & Sons

**Attorney(s) for Plaintiff:**    Whitney Davis
**Attorney(s) for Defendant:**    James Parrinello; Sean P. Welch

**Deputy Clerk**: Nichole Heuerman    **Court Reporter**: Jim Yeomans

**PROCEEDINGS**

    Plaintiff's Motion for Ex Parte Writ of Possession or in the Alternative, for a Temporary Restraining Order-DENIED as stated on the record. The parties shall meet and confer regarding the pending motion to dismiss and to compel arbitration. The parties in advance of the hearing date shall inform the court in writing if the motion is not necessary in light of the fact that both sides agree that the matter should be arbitrated.

**Order to be prepared by:**   [] Pl [] Def [x] Court

**Notes:**

**cc:** file