1  WHITNEY A. DAVIS, SBN 149523
   MARIA S. ROSENFELD, SBN 186116
2  CHARTER DAVIS, LLP
   1730 I Street, Ste. 240
3  Sacramento, CA  95814
   (916) 448-9000
4  (916) 448-9009

5  ATTORNEYS FOR PLAINTIFF
   RENWOOD WINERY, INC.

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12  RENWOOD WINERY INC.                )  Case No.:  C-08-02848 PJH
                                       )
13                                     )
                                       )
14             Plaintiff,              )  **REQUEST FOR VOLUNTARY**
                                       )  **DISMISSAL OF ACTION AND**
15      vs.                            )  **[PROPOSED] ORDER THEREON**
                                       )
16                                     )
                                       )
17  W.J. DEUTSCH & SONS LTD.,  a New York )
   Corporation, and DOES 1-50 inclusive,  )
18                                     )
                                       )
19             Defendants.             )
                                       )
20  _____)

21      NOTICE IS HEREBY GIVEN that pursuant to FRCP 41(a), plaintiff RENWOOD

22  WINERY INC. voluntarily dismisses the above captioned action without prejudice.

23      Dated: _July 9, 2007_              CHARTER DAVIS, LLP

24

25

26                              By:  _____
                                     WHITNEY A. DAVIS
27                                   Attorneys for Plaintiff
                                     RENWOOD WINERY, INC.
28

                                  1
                          VOLUNTARY DISMISSAL
                         CASE NO.  C-08-02848 PJH

1    IT IS SO ORDERED.

2    Dated:_____                              _____
3                                                    UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NAME:        Renwood Winery Inc. v. W.J. Deutsch, et al.
CASE NUMBER:      United States District Court Case No:  C-08-02848 PJH

### PROOF OF SERVICE

I am a citizen of the United States and am employed in the County of Sacramento.  I am over the age of 18 years and not a party to the within cause; my business address is 1730 I Street, Suite 240, Sacramento, California 95814.

On the date below, I served the following document(s):

### REQUEST FOR VOLUNTARY DISMISSAL OF ACTION
### AND [PROPOSED] ORDER THEREON

On all interested parties in said cause, by delivering a true copy as follows:

[X]    VIA ELECTRONIC SERVICE: Complying with General Order 45, my electronic business address is scl@charter-davis.com,mailto:kno@charter-davis.com, and I caused such document(s) to be electronically served through the Pacer File & Serve system for the above-entitled case to the parties on the Service List maintained on Pacer File & Serve Website for this case.  The file transmission was reported as complete and a copy of the Pacer File and Serve Receipt will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on July _____, 2008, at Sacramento, California.


_____
SUSAN C. LEON