NIELSEN, MERKSAMER, PARRINELLO,
   MUELLER & NAYLOR, LLP
JAMES R. PARRINELLO, SBN #63415
SEAN P. WELCH, SBN #227101
2350 KERNER BLVD., SUITE 250
SAN RAFAEL, CA 94901
TELEPHONE (415) 389-6800
FAX          (415) 388-6874
e-mail: jparrinello@nmgovlaw.com

*Attorneys for Defendant*
W.J. Deutsch & Sons, Ltd.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RENWOOD WINERY, INC., <br> *Plaintiff,* <br> v. <br> W.J. DEUTSCH & SONS, LTD., a New York Corporation, and DOES 1-50, inclusive, <br> *Defendants.* | Case No. C 08-02848 PJH <br><br> **DEFENDANT'S REPORT TO COURT RE MEET AND CONFER REGARDING STATUS OF LAWSUIT AND PENDING MOTION TO DISMISS (SET FOR HEARING ON JULY 23, 2008)** <br><br> Hon. Phyllis J. Hamilton |

///
///
///
///
///
///
///
///
///

1

1  After having been advised by Plaintiff's counsel on July 11 that Plaintiff was considering its appellate options and reconsidering its position on dismissal, Plaintiff has today filed a so-called Request For Voluntary Dismissal, but consisting of a Notice of Dismissal with a proposed Order. Defendant respectfully submits that no court order is required for a Voluntary Dismissal by the Plaintiff, pursuant to FRCP Rule 41(a)(1)(A)(i). In light of the dismissal, the pending motion to dismiss is moot and should be taken off calendar.

Date: July 14, 2008

Nielsen, Merksamer, Parrinello, Mueller & Naylor LLP

By: _____
James R. Parrinello, Esq.
ATTORNEYS FOR W.J. DEUTSCH & SONS, LTD.

DEFENDANT'S REPORT TO COURT RE MEET AND CONFER
CASE NO. C 08-02848 PJH