1  WHITNEY A. DAVIS, SBN 149523
   MARIA S. ROSENFELD, SBN 186116
2  CHARTER DAVIS, LLP
   1730 I Street, Ste. 240
3  Sacramento, CA 95814
   (916) 448-9000
4  (916) 448-9009

5  ATTORNEYS FOR PLAINTIFF
   RENWOOD WINERY, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | RENWOOD WINERY INC.                    ) Case No.: C-08-02848 PJH
13 |                                        )
   |                                        )
14 |         Plaintiff,                     ) **REQUEST FOR VOLUNTARY**
   |                                        ) **DISMISSAL OF ACTION AND**
15 |   vs.                                  ) **[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER THEREON**
16 |                                        )
17 | W.J. DEUTSCH & SONS LTD., a New York   )
   | Corporation, and DOES 1-50 inclusive,  )
18 |                                        )
19 |         Defendants.                    )
20 |_____)

21         NOTICE IS HEREBY GIVEN that pursuant to FRCP 41(a), plaintiff RENWOOD
22 WINERY INC. voluntarily dismisses the above captioned action without prejudice.
23    Dated: _July 9, 2007_                    CHARTER DAVIS, LLP
24

25

26                                    By:  _____
                                            WHITNEY A. DAVIS
27                                          Attorneys for Plaintiff
                                            RENWOOD WINERY, INC.
28

                                    1
                            VOLUNTARY DISMISSAL
                            CASE NO. C-08-02848 PJH

IT IS SO ORDERED.

Dated: 7/15/08



Judge Phyllis J. Hamilton

CASE NAME:      Renwood Winery Inc. v. W.J. Deutsch, et al.
CASE NUMBER:    United States District Court Case No: C-08-02848 PJH

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in the County of Sacramento. I am over the age of 18 years and not a party to the within cause; my business address is 1730 I Street, Suite 240, Sacramento, California 95814.

On the date below, I served the following document(s):

**REQUEST FOR VOLUNTARY DISMISSAL OF ACTION
AND [PROPOSED] ORDER THEREON**

On all interested parties in said cause, by delivering a true copy as follows:

[X]   VIA ELECTRONIC SERVICE: Complying with General Order 45, my electronic business address is scl@charter-davis.com,mailto:kno@charter-davis.com, and I caused such document(s) to be electronically served through the Pacer File & Serve system for the above-entitled case to the parties on the Service List maintained on Pacer File & Serve Website for this case. The file transmission was reported as complete and a copy of the Pacer File and Serve Receipt will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on July ____, 2008, at Sacramento, California.

_____
SUSAN C. LEON

PROOF OF SERVICE